UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JANE ROE, et al., | Case Nos. 14-cv-03616-LB |
| Plaintiffs, | 16-cv-03371-LB |
| | 17-cv-00138-LB |
| v. | 17-cv-05288-LB |
| | 17-cv-06971-LB |
| SFBSC MANAGEMENT, LLC, et al., | 19-cv-03960-LB |
| | **JUDGMENT** |
| Defendants. | |

On November 25, 2022, the court granted the plaintiffs' motion for final approval of the settlement and granted in part the plaintiffs' motion for attorney's fees, costs, and service awards. Judgment is entered. The Clerk is directed to close this file.

**IT IS SO ORDERED.**

Dated: November 29, 2022

LAUREL BEELER
United States Magistrate Judge

ORDER – Nos. 14-cv-03616-LB et al.